

1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                        CENTRAL DISTRICT OF CALIFORNIA

9

10

11   WILLIAM SPRATT,                  ) Case No. CV 07-7441-MMM(RC)
                                      )
12            Plaintiff,              )
                                      )
13   vs.                              ) ORDER ADOPTING REPORT AND
                                      ) RECOMMENDATION OF UNITED STATES
14   MICHAEL J. ASTRUE,               ) MAGISTRATE JUDGE
     COMMISSIONER OF SOCIAL           )
15   SECURITY,                        )
                                      )
16            Defendant.              )
     _____)
17

18        Pursuant to 28 U.S.C. Section 636, the Court has reviewed the

19   Complaint and other papers along with the attached Report and

20   Recommendation of United States Magistrate Judge Rosalyn M. Chapman,

21   and has made a de novo determination.

22

23        IT IS ORDERED that (1) the Report and Recommendation is approved

24   and adopted; and (2) Judgment shall be entered dismissing without

25   prejudice the complaint and action under Rule 4(m).

26   //

27   //

28   //

1    IT IS FURTHER ORDERED that the Clerk shall serve copies of this

2 Order, and the Magistrate Judge's Report and Recommendation by the

3 United States mail on the parties.

4

5 DATED:   *May 20, 2008*

6

7                                    *Margaret M. Morrow*

8                            MARGARET M. MORROW
                             UNITED STATES DISTRICT JUDGE

9

10   R&R\07-7441.ado
     3/14/08

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28