```
LODGED
CLERK, U.S. DISTRICT COURT
MAR 14 2008
DISTRICT OF CALIFORNIA
DEPUTY
```

```
FILED
CLERK, U.S. DISTRICT COURT
MAY 20 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SPRATT, | ) Case No. CV 07-7441-MMM(RC) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

Priority ✓
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing without prejudice the complaint and action under Rule 4(m).

DATE: May 20, 2008

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

R&R\07-7441.jud
3/14/08